UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-06422-SSS-ACCV | Date | November 23, 2026 |
| Title | *Cecilia Ivette Garcia De Rivera v. Amazon.com Services Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER STRIKING MOTION TO REMAND [DKT. NO. 15]**

Before the Court is Plaintiff Cecilia Ivette Garcia De Rivera's ("Plaintiff") Motion to Remand Case to State Court. [Dkt. No. 15]

Local Rule 7-3 demands that "counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." C.D. Cal. R. 7-3. "The conference must take place in person, by telephone, or via video conference at least 7 days prior to the filing of the motion." *Id.* If the parties cannot reach a resolution, counsel for the moving party must include a statement in the notice of motion articulating that the parties met and conferred on a certain date. *Id.*

Further, the Court's Civil Standing Order requires that statement to include "(1) the names of the counselor's present at the conference, (2) when the conference was held, (3) how long the conference lasted, (4) the manner in which the conference was held, (5) what issues were discussed, and (6) what issues the parties were unable to resolve. The parties are further advised that email correspondence alone is insufficient to satisfy this requirement." [Dkt. No. 14 at 12].

Plaintiff's Motion to Remand contains multiple deficiencies. First, Plaintiff fails to comply with the meet-and-confer requirements under Local Rule 7-3 and the Civil Standing Order. The motion does not include a statement of compliance. [*See generally* Dkt. No. 15] Second, Plaintiff failed to properly notice the motion as required by Local Rule 7-4. *See* C.D. Cal. R. 7-4 (requiring any motions to include "the date and time of the motion hearing, and the name of the judicial officer before whom the motion has been noticed"). Therefore, the Motion to Remand fails to comply with the Local Rules.

Accordingly, the Motion to Remand is **STRICKEN**. [Dkt. No. 15]

**IT IS SO ORDERED.**